IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AUDRA HASS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>　　Defendant. | Civil No. 3:23-CV-00065-SB<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

　　Based upon the stipulation of the parties, it is hereby ordered that attorney fees in the amount of $6,336.56 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then they shall payable to Dellert Baird Law Offices, PLLC, electronically or by check, based upon Plaintiff's assignment of this fee to their attorney.

　　IT IS SO ORDERED.

　　DATED this ___13th___ day of ___November___, 2023.

　　　　　　　　　　　　　　　　　　*Stacie F. Beckerman*
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　Hon. Stacie F. Beckerman
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Page 1　　ORDER
　　　　　　[3:23-CV-00065-SB]